UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER MEIDL, on his own behalf and on behalf of all others similarly situated, | ) ) ) | NO: 3:15-CV-01319-JCH |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AETNA, INC.; AETNA LIFE INS. CO.; and MCMC, LLC, | ) ) ) ) | |
| Defendants. | ) | OCTOBER 7, 2015 |

### MOTION TO ADMIT ATTORNEY MEIRAM BENDAT PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned counsel hereby moves for the admission *pro hac vice* of Meiram Bendat to represent Plaintiff Christopher Meidl, on his own behalf and on behalf of all others similarly situated, in this action. Attorney Bendat is an attorney with the firm of Psych-Appeal, Inc., 8560 West Sunset Boulevard, Suite 500, West Hollywood, California, 90069. His telephone number is (310) 598-3690 (extension 101). His facsimile number is (888) 975-1957. His e-mail address is mbendat@psych-appeal.com.

As demonstrated in the affidavit of Meiram Bendat, attached hereto at Exhibit A, Attorney Bendat is a member in good standing of the bar of the State of California. He is also admitted to practice before the United States Court of Appeals for the Second and Ninth Circuits, and the United States District Court for the Central and Northern Districts of California. He has never been denied admission or disciplined by any court. In accordance with the requirements of D. Conn. L. Civ. R. 83.1(d)(3), payment of $75.00 is submitted with this Motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion, and admit Attorney Bendat to represent the Plaintiffs in this action.

PLAINTINFFS –
CHRISTOPHER MEIDL, on his own behalf
and on behalf of all others similarly situated,

/s/ Daniel P. Elliott
Elizabeth K. Acee (ct 20986)
Daniel P. Elliott (ct 28058)
LeClairRyan, A Professional Corporation
545 Long Wharf Drive, 9th Floor
New Haven, Connecticut 06511
Tel.: (203) 672-1638
Fax: (203) 672-3228
E-mail:elizabeth.acee@leclairryan.com
daniel.elliott@leclairryan.com

- Their Attorneys -

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Daniel P. Elliott
Daniel P. Elliott. (ct 28058)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER MEIDL, on his own behalf and on behalf of all others similarly situated, | ) ) ) | NO: 3:15-CV-01319-JCH |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AETNA, INC.; AETNA LIFE INS. CO.; and MCMC, LLC, | ) ) ) | |
| Defendants. | ) ) | |

## AFFIDAVIT OF MEIRAM BENDAT

Meiram Bendat, being duly sworn, hereby deposes and says as follows:

1. I am over the age of eighteen years, and believe in the obligations of an oath.

2. I am an attorney with Psych-Appeal, Inc., 8560 West Sunset Boulevard, Suite 500, West Hollywood, California, 90069. My business telephone number is (310) 598-3690 (extension 101). My business facsimile number is (888) 975-1957. My business e-mail address is mbendat@psych-appeal.com.

3. I submit this affidavit in support of my motion for pro hac vice admission to represent Plaintiff Christopher Meidl, on his own behalf and on behalf of all others similarly situated, in the above-captioned matter.

4. I am admitted to practice in the State of California (bar number 198884 as of December 7, 1998). I am also admitted to practice before the United States Court of Appeals for the Second and Ninth Circuits, and the United States District Court for the Central and Northern Districts of California.

5. There are no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing (and no disciplinary complaints of any kind of which I am aware).

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. My sponsoring attorney, Daniel P. Elliott of LeClairRyan, P.C., 545 Long Wharf Drive, Ninth Floor, New Haven, Connecticut 06511 (telephone (203) 672-1638, facsimile: (203) 672-3228, e-mail: daniel.elliott@leclairryan.com) will serve as agent for service of process, and the District of Connecticut as the forum for the resolution of, any dispute arising out of my admission.

9. I attach hereto as Exhibit A a certificate of good standing from the California Bar, as California is the state in which I maintain my primary office.

Dated: October 3rd, 2015

_____
Meiram Bendat, Esq.

Sworn to before me this 3rd day of ~~September~~, 2015.
                                    October

_____
Notary Public

ALLEN BOGHOZIAN
Commission # 2122935
Notary Public - California
Los Angeles County
My Comm. Expires Aug 10, 2019

2

# EXHIBIT A



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

#### *MEIRAM BENDAT*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that MEIRAM BENDAT, #198884, was on the 7th day of December, 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 28th day of September, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
J. Hunter, Senior Deputy Clerk