UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER MEIDL, on his own behalf and on behalf of all others similarly situated, | : : : | CIVIL ACTION NO. 3:15 CV 01319 (JCH) |
| Plaintiff, | : : | |
| v. | : : | |
| AETNA INC., *et al.*, | : : | FEBRUARY 15, 2019 |
| Defendants. | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure and the Court's minute entry dated January 18, 2019 [Dkt. 200], Plaintiff Christopher Meidl, by and through his undersigned counsel, respectfully moves for preliminary approval of a settlement with Defendants Aetna Inc., and Aetna Life Insurance Company, in the above-captioned action. The motion is unopposed.

By this motion, Plaintiff seeks an order, *inter alia*: (i) granting preliminary approval to the proposed Settlement Agreement; (ii) approving the proposed schedule concerning notice, opt-out, and objection deadlines; (iii) appointing Epiq Class Action & Claims Solutions, Inc. as the settlement administrator; and (iv) setting a fairness hearing for final approval of the Settlement.

Plaintiff's motion is based on this motion and all attachments thereto, the accompanying Memorandum, the proposed Settlement Agreement and all attachments thereto, the Declaration of Andrew N. Goldfarb in support of the Motion, all pleadings on file in the above-captioned matter, and such other support as may be presented to the Court.

Dated: February 15, 2019

Respectfully submitted,

CHRISTOPHER MEIDL, on his own behalf and on behalf of all others similarly situated,

/s/ Andrew N. Goldfarb_____
Andrew N. Goldfarb
Admitted *Pro Hac Vice* (phv 07743)
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel.: 202.778.1800
Fax: 202.822.8106
agoldfarb@zuckerman.com

D. Brian Hufford (*Pro Hac Vice*)
Jason S. Cowart (*Pro Hac Vice*)
Zuckerman Spaeder LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel.: 212.704.9600
Fax: 212.704.4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

Meiram Bendat (*Pro Hac Vice*)
Psych-Appeal, Inc.
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel.: 310.598.3690 Ext: 101
Fax: 888.975.1957
mbendat@psych-appeal.com

Elizabeth K. Acee (ct 20986)
Daniel P. Elliott (ct 28058)
LeClairRyan, A Professional Corporation
545 Long Wharf Drive, 9th Floor
New Haven, Connecticut 06511
Tel.: 203.672.1638
Fax: 203.672.3228
elizabeth.acee@leclairryan.com
daniel.elliott@leclairryan.com

*Counsel to Plaintiff*

2

6735846.1

## CERTIFICATE OF SERVICE

   I hereby certify that on this 15th day of February 2019, a copy of the foregoing Unopposed Motion for Preliminary Approval of Class Settlement and all submissions in support of the Unopposed Motion were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                    /s/ Andrew N. Goldfarb
                    Andrew N. Goldfarb

6735846.1