## REQUEST FOR EXCLUSION ("OPT OUT")

*Meidl v. Aetna Inc., et al.* Class Action

By filing this form you acknowledge that you have received the Notice of Proposed Settlement and Fairness Hearing (the "Notice"), and that you do **NOT** wish to remain a member of the Class certified in *Meidl v. Aetna Inc., et al.*, No. 15-cv-1319-JCH, in the United States District Court for the District of Connecticut.

Only file this form if: (1) you are a member of the Class as defined in the Settlement Agreement, and which definition is set out in the Notice and in Settlement-related documents posted on www.AetnaTMSSettlement.com; **and (2) you wish to exclude yourself from the lawsuit.**

**This is the only form you need to complete in order to exclude yourself from the Settlement and the lawsuit. If you file this form, do not file any other form.**

**Do not file this form if you wish to participate in the Settlement of this lawsuit. Do not file this form if you wish to object to the Settlement. Only members of the Class are permitted to object to the Settlement, and they should do so by filing an objection as described in the Notice. If you make conflicting requests, such as by submitting both an Opt-Out Request and an objection or a request to receive monies under the Settlement, you will not be treated as a valid opt-out.**

If you want to exclude yourself from the Class and not participate in the Settlement, you must complete and mail this form to:

> AETNA TMS SETTLEMENT OPT-OUT
> SETTLEMENT ADMINISTRATOR
> c/o Epiq Class Action & Claims Solutions, Inc.
> PO Box 4028
> Portland, OR 97208-4028

You may also complete this Request for Exclusion online at www.TMSSettlement.com.

**Your Request for Exclusion must be postmarked no later than _____, 2019, or submitted electronically on or before 11:59 PM Pacific Time on _____, 2019. If it is submitted electronically or postmarked after these dates, it will not be valid and you will not be excluded from the Class or the lawsuit on that basis.**

_____

I understand that by signing and mailing this form:

- I will **not** receive any of the monetary benefits of the Settlement as described in the Notice;

- I will **not** participate in, or be represented as a Class member in, this action;

*Meidl v. Aetna Inc., et al.*
No. 15-cv-1319-JCH (D. Conn.)

- My name will be included on an opt-out list to be provided to the parties, their counsel, and the Court (in accordance with Court-approved procedures to protect your protected health information); and

- I may pursue, at my own expense, whatever claims I may have against Defendants with regard to claims that were the subject of the class action.

**Please type or print:**

Your name _____

Address _____

_____

City, State, Zip Code _____

Telephone _____

Email address (if any) _____

Tax ID numbers under which you submitted claims to Aetna:

_____

_____

_____

_____

I wish to be excluded from the Class and excluded from participation in the Settlement.

Your signature _____

Date:  _____

2

6736069.1