UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER MEIDL, on his own behalf and on behalf of all others similarly situated, | : : : | CIVIL ACTION NO. 3:15 CV 01319 (JCH) |
| Plaintiff, | : : | |
| v. | : : | |
| AETNA INC., *et al.*, | : : | MAY 20, 2019 |
| Defendants. | : | |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND INCENTIVE AWARD FOR CLASS REPRESENTATIVE

Pursuant to Federal Rule of Civil Procedure 23(h) and the Order Granting Preliminary Approval of Class Settlement entered on February 26, 2019 (ECF No. 205), Plaintiff Christopher Meidl, by and through his undersigned counsel, respectfully moves for an award of attorneys' fees and expenses and an incentive award for the named Plaintiff in the above-captioned class action.

Plaintiff's motion is based on this motion, the supporting memorandum, the Declaration of Andrew N. Goldfarb, the Declaration of Meiram Bendat, all pleadings on file in the above-captioned matter, and such other support as may be presented to the Court.

Dated:  May 20, 2019

Elizabeth K. Acee
Federal Bar No.: ct 20986
elizabeth.acee@leclairryan.com
Daniel P. Elliott
Federal Bar No.: ct 28058
daniel.elliott@leclairryan.com
LeCLAIRRYAN, P.C.
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511
Tel.: 203.672.1638
Fax: 203.672.3228

Meiram Bendat (Pro Hac Vice)
mbendat@psych-appeal.com
PSYCH-APPEAL, INC.
8560 West Sunset Blvd.,  Suite 500
West Hollywood, CA 90069
Tel: 310.598.3690  Ext. 101
Fax: 888.975.1957

Respectfully submitted,

   /s/ Andrew N. Goldfarb
Andrew N. Goldfarb
Federal Bar No.: phv 07743
agoldfarb@zuckerman.com
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: 202.778.1800
Fax: 202.822.8106

D. Brian Hufford (Pro Hac Vice)
dbhufford@zuckerman.com
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: 212.704.9600
Fax: 212.704.4256


*Counsel to Plaintiff Christopher Meidl and the Certified Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2019, a copy of the foregoing Motion for Attorneys' Fees and Expenses and Incentive Award for Class Representative and all submissions in support of the Motion were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Andrew N. Goldfarb
    Andrew N. Goldfarb