## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER MEIDL, on his own behalf and on behalf of all others similarly situated, ) ) ) | NO: 3:15-CV-01319-JCH | |
| Plaintiff, ) ) | | |
| v. ) ) | | |
| AETNA INC.; AETNA LIFE INS. CO.; and MCMC, LLC, ) ) ) ) | | |
| Defendants. ) ) | MAY 20, 2019 | |

### DECLARATION OF MEIRAM BENDAT IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND INCENTIVE AWARD FOR NAMED PLAINTIFF

I, Meiram Bendat, declare as follows:

1. I am an attorney-at-law licensed to practice in the State of California, and have been admitted to this Court.

2. I am the founder of Psych-Appeal, Inc. and am counsel to Plaintiff and the certified class in the above-captioned action. I have personal knowledge of the facts contained in this declaration and, if called, could and would testify competently thereto under oath.

3. I submit this Declaration in support of Plaintiff's Motion for Award of Attorneys' Fees and Expenses and Incentive Award.

4. On February 26, 2019, this Court preliminarily appointed the firms of Zuckerman Spaeder LLP ("Zuckerman") and Psych-Appeal to serve as Class Counsel representing the certified class (the "Class").

**A.   Education, Training, and Experience**

5. I am a 1995 graduate of Columbia University. I received my law degree from the

University of Southern California in 1998. I spent four years representing thousands of children and families and investigating institutional failures by the Los Angeles child welfare system designed to protect these vulnerable populations. During my tenure as a child advocate, I routinely interacted with the mental health delivery systems. I subsequently earned an M.A. in clinical psychology from Antioch University in 2006 and a Ph.D. in psychoanalytic science from the New Center for Psychoanalysis in 2015. As a psychotherapist, I have extensive clinical experience treating children, adults, and families in outpatient and inpatient settings.

6. Widely regarded a national authority on mental health parity and treatment access, I present on these issues to government regulators and consult to various consumer and provider organizations such as the National Council for Behavioral Health, National Association for Behavioral Healthcare, Parity Implementation Coalition, and The Kennedy Forum. I am a member of the advisory board of Mental Health Advocacy Services and serve as a distinguished Ittleson Consultant to the Group for the Advancement of Psychiatry, a mental health think tank comprised of some of the country's leading researchers and clinicians. I teach law and ethics to post-graduate clinicians at the New Center for Psychoanalysis in Los Angeles, where I also serve as Chair of Ethics. I present at annual conferences of the American Psychiatric Association, at universities such as Yale Medical School and Butler Hospital (Brown University), and at symposia organized by some of the country's largest mental health service agencies (e.g., Los Angeles County Department of Mental Health). I have also authored and edited a number of scholarly and professional works on the intersection of clinical practice, mental health parity, and the Affordable Care Act.

**B.     Psych-Appeal, Inc.**

7. I established Psych-Appeal in 2011. It is the country's first private law firm

2

6830610.1

exclusively devoted to mental health insurance advocacy.

8. Due to my unique background in law and mental health, I have been able to challenge previously unexposed managed care abuses that systematically deprive patients of access to mental health treatment. My cases have been reported on by 60 Minutes, National Public Radio, *The New York Times*, *Forbes*, and *Psychiatric News*.

9. Along with co-counsel at Zuckerman, I have spearheaded cutting-edge mental health litigation around the country.

10. I have acted as co-counsel with Zuckerman on several ERISA class action suits, including the following:

   a. *New York State Psychiatric Ass'n, Inc. v. UnitedHealth Grp.*, 798 F.3d 125 (2d Cir. 2015);

   b. *Wit v. United Behavioral Health*, No. 14-CV-02346-JCS, 2019 WL 1033730 (N.D. Cal. Mar. 5, 2019);

   c. *Alexander v. United Behavioral Health*, No. 14-CV-02346-JCS, 2019 WL 1033730 (N.D. Cal. Mar. 5, 2019);

   d. *Des Roches v. California Physicians' Serv.*, No. 16–CV–02848–LHK, 320 F.R.D. 486 (N.D. Cal. 2017);

   e. *Doe. v. Health Care Serv. Corp.,* No. 1:16-cv-04571-VMK (N.D. Ill.)

   f. *Craft v. Health Care Serv. Corp.*, 84 F. Supp. 3d 748 (N.D. Ill. 2015); and

   g. *Weil v. Cigna Health & Life Ins. Co.*, No. 14-CV-07074-MWF-JPR, 2017 WL 3737851 (C.D. Cal. Aug. 29, 2017).

11. Since founding Psych-Appeal, I have recovered millions of dollars in wrongly denied benefits on behalf of my clients and have catalyzed significant managed care regulatory

reforms.

12. Due to my dual background in law and mental health, I provided essential strategic support in this matter and have served as co-counsel for the duration of the case.

13. Psych-Appeal has numerous hourly paying clients. Psych-Appeal undertook this matter on a contingency fee basis.

14. My current hourly fee is $900, which reflects my training, education, and licensure as a hybrid attorney-clinician. My fee is set to be competitive in the field of complex ERISA litigation and the Los Angeles market. Multiple district courts have approved my previous fee applications. *See* Judgment Approving Class Action Settlement and Dismissing This Action With Prejudice, *Weil v. Cigna Health & Life Ins. Co.*, 2:15-cv-07074-MWF-JPR (C.D. Cal. Aug. 29, 2017) at ¶ 17; *see also*, Final Order and Judgment Approving Settlement and Dismissing Action With Prejudice, *Craft v. Health Care Serv. Corp.,* 1:14-cv-05853-VMK (N.D. Ill. Feb. 26, 2018) at ¶ 12; *see also*, Amended Final Order and Judgment Approving Settlement and Dismissing Action With Prejudice, *Doe. v. Health Care Serv. Corp.,* No. 1:16-cv-04571-VMK (N.D. Ill. Oct. 19, 2018) at ¶ 12.

**C.   Lodestar**

15. As of May 13, 2019, Psych-Appeal has spent 60.10 hours on this case. At the hourly rate of $900, my lodestar is $54,090.00.

16. The information in this declaration regarding Psych-Appeal's time and expenses is taken from contemporaneous time and expense records and supporting documentation (expense vouchers, check records, books, and records) prepared and maintained by the firm in the ordinary course of business.[1] I reviewed summary information regarding the firm's time and expenses in preparation of this declaration to evaluate the necessity for, and reasonableness of,

---

[1] Upon request, Psych-Appeal will provide time records and receipts for the listed expenses to the Court.

the time, costs, and expenses committed to this litigation.

17. I believe that Psych-Appeal's time, costs, and expenses as set forth herein are reasonable and were necessary for the effective and efficient prosecution and resolution of this litigation. I also believe the time, costs, and expenses are of the type that would normally be charged to a fee-paying client in the private legal marketplace.

**D.    Expenses**

18. Psych-Appeal did not incur any litigation expenses in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of May, 2019 in Los Angeles, CA.

_____
Meiram Bendat

6830610.1