UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER MEIDL, on his own behalf and on behalf of the certified class | : : : | CIVIL ACTION NO. 3:15 CV 01319 (JCH) |
| Plaintiff, | : : | |
| v. | : : | |
| AETNA INC., and AETNA LIFE INSURANCE COMPANY, | : : : | |
| Defendants. | : : | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ISSUE REMINDER AND EXTEND NOTICE DEADLINE IN CONNECTION WITH CLASS SETTLEMENT

Before the Court is Plaintiff Christopher Meidl's ("Plaintiff") unopposed motion to issue a reminder notice to the certified class and to extend the deadline to opt out or object to the proposed class settlement ("Settlement") in the above-captioned matter. Upon consideration of the motion, the order preliminarily approving the Settlement [Dkt. 205], and the entire record herein, the Court finds that good cause exists to approve Plaintiff's request to send a reminder to the class and to extend the opt-out/object deadline accordingly, and that Plaintiff's proposed modifications to the schedule will not affect the timing of the final approval hearing. Accordingly, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that Plaintiff send the reminder as soon as possible upon the entry of this Order; it is further

ORDERED that the deadline for the Settlement Administrator to receive opt-out or objection notices to the Settlement is extended to June 26, 2019; it is further

ORDERED that Plaintiff will file his motion for final approval of the Settlement on or before June 28, 2019; and it is further

ORDERED that the fairness hearing to determine whether the Settlement should be granted final approval will occur on July 10, 2019, as previously scheduled.

SO ORDERED.

Dated: _____June 13\_\_\_\_\_, 2019

                                                     /s/ Janet C. Hall
                                                 Janet C. Hall
                                                 United States District Judge