# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER MEIDL, on his own behalf and on behalf of all others similarly situated, ) ) ) | ) | NO: 3:15-CV-01319-JCH |
| Plaintiff, ) | ) | |
| v. ) | ) | |
| AETNA INC., *et al.*, ) | ) | |
| Defendants. ) | ) | JUNE 25, 2019 |

## DECLARATION OF JAMES K. ROBERTSON, JR.

I, James K. Robertson, Jr., hereby declare under penalty of perjury as follows:

1. I have been engaged in the practice of law in Connecticut for forty-five years, since 1974. I have practiced at Carmody Torrance Sandak & Hennessey LLP (formerly Carmody & Torrance LLP) ("Carmody") for essentially that entire period of time. Carmody has approximately eighty lawyers. At Carmody, I have served as Managing Partner, Financial Partner, and Head of the Litigation Practice Group.

2. My practice is focused on litigation and mediation over a broad base of substantive areas. During my early years I was trial counsel for several insurance companies and utilities. In my middle years I had a broader practice in various commercial, estate, and real estate disputes. For approximately the past eighteen years I have had a national practice concerning product liability litigation, intellectual property litigation, estate and real estate disputes, employment litigation, and governmental / regulatory litigation. In such litigation I have represented plaintiffs approximately as often as I have represented defendants.

3. I have tried more than fifty jury trials and more than one-hundred court trials in state and federal courts. I was inducted into the American College of Trial Lawyers and the

American Board of Trial Advocates more than twenty years ago. I am also a member of the National Academy of Distinguished Neutrals. I am a Past President of the University of Connecticut School of Law Foundation, and in 2011, I received the Distinguished Graduate Award from the University of Connecticut Law School Alumni Association.

4. I am a member (and a former Board member and Chairman) of the Connecticut Defense Lawyers Association. I am a member (and former Chairman) of the Connecticut Bar Foundation. I am a former member, Commissioner and Chairman of the Connecticut Judicial Selection Commission. I am a member of the Connecticut Bar Association.

5. Plaintiff engaged me to provide information about practitioners in the Connecticut bar, to the best of my knowledge and based on my research, that bears on the Court's inquiry about the reasonableness of Class Counsel's hourly rates. Specifically, Class Counsel asked me to address whether there are any Connecticut practitioners with experience in prosecuting ERISA claims challenging health care coverage policies and guidelines, and on mental health treatments and services in particular, and if so, to identify their hourly rates.

6. This Declaration is based on my experience as a forty-five-year member of the Connecticut bar, my discussions with my partners and colleagues, direct telephone conferences with representatives of three Connecticut lawyers who have or who have had experience in the subject area, legal research performed by my partner Todd R. Michaelis, and my review of Plaintiffs Motion for Attorney's Fees and Expenses and Incentive Award for Class Representative and supporting documents [D.N. 207 through 207-3].

7. I understand that the rates for all personnel used by Class Counsel to determine their lodestar range from $205 per hour to $1,095 per hour, and that the Zuckerman partner who

performed the vast majority of the work on this case, Andrew N. Goldfarb, has a current rate of $820 per hour.

8. I am aware that Connecticut has practitioners who litigate single-plaintiff cases under ERISA seeking retirement or health benefits for an individual. However, I am aware of only two Connecticut firms, Moukawsher & Walsh, LLC (now Walsh Woodard LLC) and Izard Kindall & Raabe LLP, and one Connecticut attorney from a national firm, William H. Narwold of Motley Rice LLC, that have handled more complex, multi-plaintiff or class action cases under ERISA with any regularity.

9. Attorney Michaelis's research concerning comparable, recent ERISA class action litigation in Connecticut confirmed that such litigation was largely led by out-of-state counsel, if not one of the firms above.

10. Based on my discussions with Attorney Michael Walsh, I understand that Walsh Woodard LLC no longer handles this type of ERISA class action litigation.

11. Based on my discussions with Attorney Craig Raabe, I understand that Izard Kindall & Raabe presently handles ERISA class action litigation and that the current rates of the partners at that firm range from $850 to $925 per hour. Moreover, I am aware of the Declaration of Mark Kindall submitted in this case, which states that Izard Kindall & Raabe has historically chosen not to handle ERISA litigation concerning mental health issues in light of the complexities and nuances of mental health issues and related coverage issues, and is not pursuing such cases currently.

12. I also reached out to Bill Narwold, and spoke to a partner of his in the three-lawyer Hartford office of Motley Rice. He confirmed that the current billing rate for Mr. Narwold, who has 40 years of experience, is $1,100 per hour. The current billing rate for the

other two lawyers in that office, who have 13 and 12 years of experience respectively, is $775 per hour.

13. The foregoing facts demonstrate that: (a) the average hourly rates of Connecticut practitioners as a whole are not representative of what a reasonable hourly rate would be in this particular litigation because the vast majority of Connecticut practitioners do not practice in this area; and (b) Plaintiffs' counsel's hourly rates as stated in Andrew N. Goldfarb's Declaration [D.N. 207-2] are roughly equal to or less than the rates charged by the few Connecticut practitioners who handle similar types of ERISA cases.

I, James K. Robertson, Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:    June 25, 2019
          Waterbury, Connecticut

/s/ James K. Robertson, Jr.
James K. Robertson, Jr. (ct05301)
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone:  203-575-2636
Facsimile:  203-575-2600
jrobertson@carmodylaw.com