# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER MEIDL, on his own behalf and on behalf of all others similarly situated, | NO: 3:15-CV-01319-JCH |
| Plaintiff, | |
| v. | |
| AETNA INC.; AETNA LIFE INS. CO.; and MCMC, LLC, | |
| Defendants. | JUNE 25, 2019 |

## DECLARATION OF MARK P. KINDALL

I, MARK P. KINDALL, declare as follows:

1. I am an attorney licensed to practice in the State of Connecticut and am admitted to this Court. I over 18 years of age and am competent to make this Declaration. I have personal knowledge of the facts contained in this Declaration.

2. I am a partner of Izard, Kindall & Raabe, LLP. Our offices are located at 29 South Main Street, Suite 305, West Hartford, CT 06107. Our phone number is (860) 493-6292.

3. Our firm handles complex litigation matters across the country. We have litigated and are currently involved as plaintiffs' counsel in a number of individual and class actions. We are or have been lead or co-lead counsel in tens of class actions brought under ERISA, including claims against Merck, AT & T, The Hartford, JP Morgan Chase, Mass Mutual and MetLife.

4. We are currently co-lead counsel in a number of ERISA class actions concerning health care, including claims against Cigna, United Healthcare, CVS/Caremark and Oxford.

5. We have never gotten involved in ERISA cases that concern mental health issues. We actively considered doing so a few years ago. In that regard, we met with local mental health

professionals. We concluded that, while we had sufficient ERISA expertise to bring the claims, at that time we did not have sufficient knowledge of the complexities and nuances of mental health issues and the treatment thereof, and the related coverage issues. Accordingly, we decided to focus on other practice areas.

6. The above-captioned case was filed in 2015. Had our firm been approached in 2015 to bring a case like that brought on behalf of Mr. Meidl, we would likely have declined it. To my knowledge, Zuckerman Spaeder was at that time and is today, one of the very few—and perhaps the only—firm in the country focused on ERISA class-action cases focused on behavioral health issues.

7. I am not aware of any firm in this District that would have taken Mr. Meidl's case in 2015, and I am not aware of any firm in this District that is now bringing ERISA class action cases focused on behavioral health issues.

8. The foregoing is true to the best of my knowledge, information and belief. Executed June 21, 2019 in West Hartford, CT.

       /s/ *Mark P. Kindall*
       Mark P. Kindall