# EXHIBIT 1

| Zuckerman Timekeeper (Bar admission year) | Office | Position | Hourly rate ($)* | Hours (as of Fee Motion) |
|---|---|---|---|---|
| D. Brian Hufford (1989) | NY | Partner | 1,095 | 208.15 |
| Paula M. Junghans (1976) | DC/Balt | Partner | 995 | 29.70 |
| Jason S. Cowart (2000) | NY | Partner | 940 | 301.00 |
| David Reiser (1982) | DC | Counsel | 890 | 4.00 |
| Andrew N. Goldfarb (1995) | DC | Partner | 820 | 1,546.00 |
| Carlos T. Angulo (2000) | DC | Partner | 795 | 10.80 |
| William K. Meyer (1982) | Balt | Counsel | 785 | 1.40 |
| Caroline E. Reynolds (2003) | DC | Partner | 785 | 1.60 |
| Adam Abelson (2010) | Balt | Associate | 650 | 1.80 |
| Vanessa Isabel Garcia (2014) | NY | Associate | 560 | 2.80 |
| Devon Galloway (2015) | NY | Associate | 560 | 9.20 |
| Andrew Caridas (2012) | DC | Associate | 535 | 36.80 |
| Richard A. Kraus (2017) | NY | Associate | 425 | 6.70 |
| Laura Eller (1996) | DC | Staff Attorney | 375 | 6.00 |
| Kimberly Gainey (2007) | DC | Staff Attorney | 375 | 9.70 |
| Nina J. Falvello (1996) | DC | Staff Attorney | 375 | 5.90 |
| Lori V. Duignan | NY | Paralegal | 355 | 238.00 |
| Melissa D. Lovell (2019) | DC | Legal Researcher | 305 | 54.80 |

* For people no longer at Zuckerman Spaeder, the chart lists the rate at the time they left the firm.