# EXHIBIT 2

# D. Brian Hufford

Partner



D. Brian Hufford leads an innovative and nationally recognized practice representing patients and health care providers in high stakes disputes with health insurance companies.

His efforts led to two of the largest recoveries ever obtained in ERISA-based health insurance class actions, and to a collection of other precedent setting decisions that have transformed the rights of patients and providers.

Brian's work on reimbursement rate-related litigation against United Healthcare and HealthNet, for example, led to settlements worth over $600 million. Brian has served as co-lead counsel in other national health care litigation against United, Aetna, WellPoint, CIGNA, and various Blue Cross and Blue Shield entities. Brian has successfully argued health care appeals before the U.S. Courts of Appeal for the Second, Third and Fifth Circuits, and was lead counsel in two trials against Blue Cross and Blue Shield entities on behalf of providers and provider associations.

Most recently, Brian won a landmark victory in a case challenging United Behavioral Health's mental health and substance use level of care coverage guidelines. Former Congressman Patrick Kennedy, the sponsor of the federal mental health parity act, hailed the case as the "Brown v. Board of Education for the mental health movement," and CNN identified it as "one of the most important and most thorough rulings ever issued against an insurance company, at the federal level, on mental health issues."

Brian was designated by *Law360* as a "Health MVP" in 2015, 2016, and 2017. He was chosen as a Plaintiff's Attorney "Trailblazer" in 2017 by *The National Law Journal*, and has been recognized in industry rankings such as *Benchmark Litigation* and *Super Lawyers*. Under his leadership, the firm's health care practice was named 2017 Health Group of the Year and 2018 Benefits Group of the Year by *Law360*. Brian also serves on the Editorial Advisory Board of BNA's *Health Law Reporter*, is a member of the Kennedy Forum Legal Workgroup and has published health law-related opinion pieces in *The Washington Post* and CNBC.com.

In addition to representing individual patients and health care providers, Brian has represented or pursued claims for a number of significant institutions, including medical associations such as the American Medical Association (AMA),

**New York**
646.746.8662
212.704.4256 - Fax
dbhufford@zuckerman.com

**Practice focus**

- Business Litigation
- Health Care
- Insurance
- Plaintiffs and Class Actions

**Education**

- Yale Law School, J.D., 1985
  - Notes and Topics Editor, *Yale Law and Policy Review*
  - Thomas I. Emerson Prize for Outstanding Legislative Services Project

- Wichita State University, M.U.A., 1982

- Wichita State University, B.A., 1980



the New York State Psychiatric Association, Medical Society of the State of New York, the Medical Society of New Jersey, the Society of New York Office Based Surgery Facilities, American Dental Association, American Chiropractic Association, Congress of Chiropractic State Associations, New York Chiropractic Council, and Pennsylvania Chiropractic Association.

Brian has written and lectured extensively in the area of health care litigation. He has spoken at conferences and seminars sponsored by organizations such as the National Association of Attorneys General, American Medical Association, American Corporate Counsel Association, American Chiropractic Association, and Congress of Chiropractic State Associations, and the American Conference Institute for the National Forum on ERISA Litigation, among others.

Prior to entering private practice, Brian spent two years as an honors attorney in the U.S. Department of the Treasury's Honors Law Program. Brian attended Yale Law School, where he was notes and topics editor for the Yale Law and Policy Review and was awarded the Thomas I. Emerson Prize for the Outstanding Legislative Services Project. He also holds a Bachelor of Arts and a Master of Urban Affairs from Wichita State University, home of the "Wheatshocker."

## Recognitions

- 2017 Law360 Health MVP of the Year
- 2017 "Trailblazer", The National Law Journal
- 2016 Law360 Health MVP of the Year
- 2015 Law360 Health MVP of the Year
- Benchmark Litigation, Local Litigation Star (New York)
- Super Lawyers (New York)

## Bar admissions

- New York

## Court admissions

- U.S. Supreme Court
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Third Circuit
- U.S. Court of Appeals, Fifth Circuit
- U.S. Court of Appeals, Seventh Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. District Court, District of Colorado
- U.S. District Court, Eastern District of New York
- U.S. District Court, Southern District of New York

## Representative matters



- Led the precedent-setting United Healthcare case, which settled on behalf of a nationwide class of providers and subscribers for $350 million in 2010, the largest settlement of an ERISA benefit class action in history. Retained by the American Medical Association and various other associations and individual plaintiffs, Brian challenged United's use of a flawed database to determine usual, customary and reasonable (UCR) rates for out-of-network services. The case served as a catalyst for then-New York Attorney General Andrew Cuomo's investigation into the health insurance industry, leading to the creation of a new and independent database to provide UCR data. In an article in the New York Times on October 27, 2010 states that "a breakthrough came when lawyers for the attorney general's office consulted" with Brian, leading to a "collaboration" between the Attorney General's Office and Brian that "brought results." In a similar action against Health Net, Brian obtained a certified class of ERISA-insured patients followed in 2008 by a settlement valued at $249 million.
- Successfully argued before the U.S. Court of Appeals for the Second Circuit on behalf of the New York State Psychiatric Association and various individual mental health care providers and patients against United. In a precedent-setting decision, the Second Circuit confirmed in 2015 that United could be sued for benefits under ERISA and for violations of the Federal Parity Act, even with respect to self-funded plans, where United served solely as a claims administration. Amicus briefs were filed on behalf of Brian's clients by the U.S. Department of Labor, American Medical Association, American Psychiatric Association and Patrick Kennedy (the original sponsor of the Federal Mental Health Parity Act as a U.S. Representative from Rhode Island). HealthAffairs.org lauded the decision as a "landmark ruling" that has been "praised by patients and advocates."
- Successfully argued before the Third Circuit on behalf of providers and plaintiffs in his own case and, as amici curiae, on behalf of the American Medical Association and the Medical Society of New Jersey in a related case, Accepting Brian's argument, the Third Circuit issued a precedent-setting decision in 2015 confirming that providers who have been assigned the right to receive benefit payments from their ERISA-insured patients are legally entitled to assert legal claims under ERISA to challenge benefit denials.
- Pursued an appeal to the U.S. Court of Appeals for the Fifth Circuit in an action against United on behalf of one of the nation's largest surgical implant providers after the district court held that a provider's state court claims against United were preempted by ERISA. Successfully arguing the appeal before the appellate panel, Brian succeeded in reversing the decision by a 3-0 vote, based



on the allegations that United made affirmative misrepresentations to the provider over whether it could bill and be paid directly by United for its services, which did not implicate the underlying purpose of ERISA. Thereafter, United sought en banc review, after which Brian persuaded the Department of Labor to file an amicus brief in support of its position, and to participate in oral argument. Brian successfully argued the appeal before the en banc panel, which unanimously found our client's favor. United then filed a petition for writ of certiorari, which the U.S. Supreme Court denied on February 25, 2013, leaving the Fifth Circuit's decision intact.

- Represented a durable medical equipment provider challenging repayment demands issued by Aetna for previously paid benefits as in violation of ERISA. The complaint brought on behalf of the client was initially dismissed by the district court, and Brian successfully reversed the decision before the U.S. Court of Appeals for the Third Circuit, after again obtaining an amicus brief from the Department of Labor in favor of his position.

- Represented two health care providers who were sued for billing fraud. After successfully removing the case to federal court, with a finding that ERISA completely preempted the fraud claims, he was lead trial counsel in a 20-day ERISA bench trial. A complete judgment in favor of his clients was obtained, enjoining the insurer from seeking to recover previously paid benefits and ordering returning of improperly recouped funds, plus interest.

- Appointed Chair of the Plaintiffs' Executive Committee in In re Aetna UCR Litigation by Judge Faith Hochberg, an MDL action challenging how Aetna paid for out-of-network health care services. In appointing Brian, Judge Hochberg specifically addressed his work in a prior health care litigation, stating: "The Court similarly appointed [Brian's firm] to be Plaintiffs' spokesman to the Court in the Health Net litigation because the Court found D. Brian Hufford, Esq. to be the attorney most capable of presenting Plaintiffs' position in a clear and concise manner."

- Represented chiropractors and state chiropractic associations challenging Aetna's policy of making repayment demands and placing providers into prepayment review. He defeated Aetna's motion to dismiss, upholding ERISA claims on behalf of the providers.

- Represented the American Chiropractic Association, the Congress of State Chiropractic Associations, various state associations, and individual providers in an action challenging UnitedHealth Group's repayment demand policy and improper restrictions on coverage for chiropractic services. He defeated the defendant's motion to dismiss, upholding ERISA claims on behalf of providers.



Therefore, he obtained class certification on behalf of a nationwide class of out-of-network providers, alleging that UnitedHealth's repayment demand practices violated ERISA.

- Represented patients who were subjected to the imposition of improper length-of-stay guidelines for hospitalization. The defendant's motion to dismiss was denied, and the decision was upheld on appeal by 5-0 vote.
- Represented insurance subscribers in action against Healthsource, Inc. for failing to disclose the financial incentives it paid to providers to encourage reductions in the level of care provided. He defeated the defendant's motion to dismiss, and the court upheld his clients' claims that the insurer had breached its fiduciary duties under ERISA.
- Representing individual patients and putative classes in actions against major insurance companies for their failure to cover an FDA-approved treatment for depression. The plaintiffs allege breaches of fiduciary duties and wrongful denial of benefits under ERISA. Brian led the team which settled one of those cases, with the insurer agreeing to cover the service going forward and making a monetary payment to the class, and in the other case the court granted certification of a nationwide class of patients who were denied coverage. While the case is proceeding, the insurer has changed its policy after being sued to cover the treatment.
- Representing a putative class of patients in an action against a major insurance company for allegedly discriminating against out-of-network psychiatrists and other mental health providers for mental health services. Plaintiffs allege that the insurer's policy of reimbursing mental health providers less than non-mental health specialists for providing the same services violates ERISA.
- Representing ambulatory surgery centers who were subjected to offsets of new claims by Aetna, Inc, based on Aetna's retroactive decision to alter its reimbursement policy for out-of-network services. Brian defeated Aetna's effort to dismiss the claims, which are now proceeding on the merits.
- Brian has been retained on an hourly basis to represent a number of providers and provider groups to consult with them concerning ongoing disputes with insurers, as well as to represent them in ongoing litigations.



# Paula M. Junghans

Partner



Described by a client as "the most complete lawyer I have ever known" in *Chambers USA*, Paula M. Junghans is a seasoned trial lawyer who has tried complex cases in courts throughout the United States.

Paula has more than 40 years of experience in federal tax litigation and white collar criminal matters and has the valuable perspective of having served both as a defense lawyer and a supervising prosecutor.

As a prosecutor and Acting Assistant Attorney General of the Tax Division of the U.S. Department of Justice, she supervised the litigation of tax cases throughout the United States. In her current practice, she draws on her experience in tax procedure, as well as in the interrelationship between criminal and civil tax issues, to counsel individuals and businesses on complex investigations and prosecutions.

In addition to tax controversies, she has represented individuals involved in a wide array of federal criminal investigations and prosecutions involving conspiracy, mail and wire fraud, bank fraud, health care fraud, currency transactions offenses, environmental crime, and money laundering.

Paula co-authored a treatise on federal tax litigation, and she is a frequent speaker and writer on matters involving tax procedure and white collar crime. She is a fellow of the American College of Trial Lawyers and the American College of Tax Counsel.

## Government service

- Acting Assistant Attorney General
  - Tax Division
  - U.S. Department of Justice

## Professional leadership

- American College of Tax Counsel, 1994–present
- Fellow, American College of Trial Lawyers

## Recognitions

- 2017 Top Lawyers, Washingtonian
- 2015 Top Lawyers, Washingtonian
- 2013 Top 250 Women in Litigation, Benchmark Litigation

**Washington, DC**
**Baltimore**
202.778.1850
202.822.8106 - Fax
pjunghans@zuckerman.com

**Practice focus**

- Tax Controversy
- White Collar Defense
- Business Litigation

**Education**

- University of Maryland School of Law, J.D., 1976

- College of Notre Dame of Maryland, B.A., *cum laude*, 1971



- 2011 Best Lawyers, Washingtonian
- 2010 Tax Excellence Award, Maryland State Bar Association, Taxation Section
- 2009 Top Lawyers, Washingtonian
- 2007 Top Lawyers, Washingtonian
- Chambers USA: America's Leading Lawyers for Business, Tax: Fraud (Nationwide)
- AV® Peer Review Rated, Martindale-Hubbell
- Benchmark Litigation, Local Litigation Star (Washington, DC)
- The Best Lawyers in America, White-Collar Criminal Defense
- Super Lawyers, (Washington, DC)

**Bar admissions**

- District of Columbia
- Maryland

**Court admissions**

- U.S. Supreme Court
- U.S. Tax Court
- U.S. Court of Federal Claims
- U.S. Court of Appeals, Federal Circuit
- U.S. Court of Appeals, Fourth Circuit
- U.S. Court of Appeals, Fifth Circuit
- U.S. Court of Appeals, Sixth Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. Court of Appeals, Tenth Circuit
- U.S. District Court, District of Maryland

**Representative matters**

- Represented former head of US private banking at large Swiss bank; negotiated plea agreement and successfully argued for probationary sentence.
- Representing attorneys in promoter penalty investigation.
- Representing foreign trusts in examinations involving income tax issues, foreign withholding, and information return penalties arising out of substantial investments in US businesses.
- Litigating a case in the Court of Federal Claims related to alleged cancellation of indebtedness income.
- Resolved examination of large sub-S corporation and sole shareholder related to use of corporate aircraft.
- Challenged prohibited transaction penalties asserted against former executive of non-profit entity; all penalties abated.
- Represented an entity and two related individuals in promoter examination; resolved without assertion of any penalties.
- Resolved a promoter penalty examination of accounting



firm related to conservation easements.
- Resolved a high-net worth examination of major international businessman.
- Defended the former CEO of Westar, an electrical utility, in a criminal prosecution in the U.S. District Court for the District of Kansas for wire fraud, conspiracy, money laundering, and circumventing internal company controls. This case, which the press dubbed the "Enron of Kansas," involved two trials—the first ended in a hung jury; the second ended in convictions that the U.S. Court of Appeals, 10th Circuit overturned. All charges against the client were dismissed prior to a scheduled third trial.
- Represented a commercial aviation leasing company and its president and CEO in a seven-week jury trial in the U.S. District Court for the Northern District of Illinois. The U.S. Securities and Exchange Commission sued the company and its president in 2007, alleging that the company was insolvent and was misusing investors' funds, but we defeated the SEC's effort to appoint a receiver and freeze the company's assets. In 2010, a criminal indictment alleging various wire fraud, bank fraud, tax, and obstruction of justice offenses was returned.
- Represented the lead defendant in one of the largest tax shelter cases ever brought in a two-month criminal fraud trial. The client, who had been a partner at the accounting firm of Ernst & Young (E&Y), was indicted with three other E&Y partners on multiple counts, including tax evasion and obstruction of justice. The case centered on the legality of certain tax shelters that were marketed to high-net-worth individuals and designed to reduce, or eliminate, income taxes. It also involved complex tax transactions and novel issues of criminal liability arising from the conduct of professionals engaged in tax planning.
- Defended an accountant who was accused of providing fraudulent tax planning advice by counseling customers on how to reduce their federal tax liabilities. The government filed an injunction proceeding against the client to forbid him, his son, and his companies from preparing tax returns—a move that would effectively destroy his business and livelihood. After an evidentiary hearing, the court denied the motion for preliminary injunction. Of the more than 400 similar injunction actions brought by the Tax Division of the U.S. Department of Justice in the last several years, this is one of a very few in which the return preparer prevailed.



# Jason S. Cowart

Partner



Jason S. Cowart has a broad litigation practice, with a primary focus representing health care providers and their patients in high-stakes disputes with health insurance companies, ensuring that patients are not wrongfully denied treatment and providers are appropriately compensated.

By developing novel legal theories clarifying the rights and remedies provided by ERISA, the Employee Retirement Income Security Act, Jason's work has dramatically expanded the ability of providers and patients to successfully challenge insurance company claim determinations.

Jason is currently working to redress a number of widespread insurance company practices that exacerbate the financial pressures providers and patients face. These include improper denials due to overly restrictive internal coverage guidelines and coordination of benefit protocols, overbroad application of experimental or investigational exclusions, claim bundling and down-coding, and discrimination against mental health patients.

Jason recently won a landmark victory in a case challenging United Behavioral Health's mental health and substance use level of care coverage guidelines. Former Congressman Patrick Kennedy, the sponsor of the federal mental health parity act, hailed the case as the "Brown v. Board of Education for the mental health movement," and CNN identified it as "one of the most important and most thorough rulings ever issued against an insurance company, at the federal level, on mental health issues."

Jason's work uncovering and addressing health insurance company misconduct draws upon his extensive experience in complex securities fraud, derivative, and antitrust matters.

## Professional leadership

- Former President-Elect and Secretary, National Association of Shareholder and Consumer Attorneys

## Recognitions

- Super Lawyers (New York)

## Bar admissions

- District of Columbia

**New York**
646.746.8840
212.704.4256 - Fax
jcowart@zuckerman.com

**Practice focus**

- Business Litigation
- Health Care
- Insurance
- Investigations
- Plaintiffs and Class Actions
- Securities and Commodities Litigation

**Education**

- Northwestern University Law School, J.D., *cum laude*, 1999
  - Articles Editor, *Journal of International Law and Business*
  - Winner and Best Speaker, Julius H. Minor Moot Court Competition

- University of Michigan, B.A., 1993



- New York

**Court admissions**

- U.S. Supreme Court
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Third Circuit
- U.S. Court of Appeals, Seventh Circuit
- U.S. Court of Appeals, Eighth Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. District Court, District of Colorado
- U.S. District Court, District of Columbia
- U.S. District Court, Eastern District of New York
- U.S. District Court, Southern District of New York
- U.S. District Court, Western District of Michigan

**Clerkships**

- Hon. Richard Enslen, U.S. District Court, Western District of Michigan

**Representative matters**

- Represented mental health providers and their patents in one of the first cases in the country seeking to enforce the Mental Health Parity and Addiction Equity Act of 2008. At issue was whether United Healthcare, a third party administrator, could be held liable under ERISA for applying allegedly discriminatory policies and procedures when making mental health and substance abuse-related claim determinations. After the United States Court of Appeals for the Second Circuit agreed with Jason that United could be held liable under these circumstances, the case settled.
- Represented New Jersey chiropractors in a case that settled for $33 million. At issue was the insurer's refusal to pay chiropractors separately for certain procedures performed on the same day as spinal manipulation, on the theory that payment for those procedures was "bundled" into the payment for spinal manipulation.
- Represents United insureds in a case challenging the legality of the internal guidelines it uses when adjudicating mental health and substance abuse claims. Following a highly publicized trial in 2017, the district court ruled that United breached its fiduciary duties when it developed its guidelines and that its denials pursuant to those guidelines were wrongful. The case is now in the remedy phase.
- Represents health care providers against several insurers seeking notice and appeal rights in connection with repayment demands and challenging the legality of cross-plan offsets. In one such action against United, the district court granted summary judgment in favor of the providers in 2017 and the Eighth Circuit Court of Appeals



affirmed that decision in 2019.
- Represents health care providers facing allegations by insurance companies that the providers have not collected their patients' full co-payment and co-insurance obligation and that, therefore, the providers' engaged in fraud and the insurer has no obligation to pay related health insurance claims.
- Represents patients and providers in litigation brought against various third party administrators challenging the use of plan assets and health spending accounts to pay administrative fees and expenses.
- Represents patients in litigation against insurers challenging denial of coverage for transcranial magnetic stimulation to treat depression on the ground that it is experimental or investigational.
- Representing a putative class of patients in an action against a major insurance company for allegedly discriminating against out-of-network psychiatrists and other mental health providers for mental health services. Plaintiffs allege that the insurer's policy of reimbursing mental health providers less than non-mental health specialists for providing the same services violates ERISA.



# David A. Reiser

Counsel



David A. Reiser focuses his practice on appellate litigation.

He has briefed cases in the U.S. Supreme Court and briefed or argued cases in numerous federal courts of appeals and the District of Columbia Court of Appeals. David is also regularly called upon to assist other lawyers in preparing for oral arguments in the Supreme Court and appellate courts.

David devotes a substantial portion of his time to pro bono matters, and he was recognized by the American Bar Association with its Pro Bono Publico award in 2010 and by the District of Columbia Legal Aid Society as a Servant of Justice in 2006.

David provides training to lawyers and legal assistance to low-income families through the Barbara B. McDowell Appellate Advocacy Project of the Legal Aid Society, in addition to drafting amicus briefs and assisting lawyers in many other pro bono cases.

David has taught appellate litigation at George Washington University Law School as a visiting professor. His recent appellate work spans a broad range of issues from federal preemption, to Native American sovereignty, to housing regulation, to Article III standing.

Before coming to Zuckerman Spaeder, David served in the Clinton administration at the U.S. Department of Housing and Urban Development, and as general counsel and special litigation counsel for the District of Columbia Public Defender Service, where he briefed and argued appeals, tried numerous homicides and other serious felony cases, litigated class actions and other complex matters, and advised the agency on ethics, contractual, and personnel issues. He graduated from Yale Law School and Yale College, *summa cum laude* and was elected to Phi Beta Kappa.

### Government service

- Special Assistant to the General Counsel
    - U.S. Department of Housing and Urban Development
- Public Defender
    - General Counsel and Special Litigation Counsel
    - District of Columbia

### Professional leadership

**Washington, DC**
202.778.1854
202.822.8106 - Fax
dreiser@zuckerman.com

**Practice focus**

- White Collar Defense
- Plaintiffs and Class Actions

**Education**

- Yale Law School, J.D., 1981

- Yale University, B.A., *summa cum laude*, 1977
    - Phi Beta Kappa, with distinction in History



- Visiting Professor of Clinical Law, George Washington University Law Center, 1995-1996
- Visiting Assistant Professor of Law, University of Cincinnati Law School, 1984-1985
- Member, American Bar Association

## Recognitions

- 2010 Pro Bono Publico Award, American Bar Association
- 2006 Servant of Justice Award, Legal Aid Society of the District of Columbia
- AV® Peer Review Rated, Martindale-Hubbell

## Bar admissions

- District of Columbia
- Ohio (inactive)
- Connecticut (retired)

## Court admissions

- U.S. Supreme Court
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Fourth Circuit
- U.S. Court of Appeals, Sixth Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. Court of Appeals, Eleventh Circuit
- U.S. District Court, District of Columbia
- U.S. Court of Federal Claims

## Clerkships

- Hon. Walter K. Stapleton, U.S. District Court, District of Delaware

## Representative matters

- Represented a class of consumers seeking disgorgement of title insurance fees for violations of the anti-kickback provisions of the Real Estate Settlement Procedures Act (RESPA) in successfully opposing rehearing en banc in the U.S. Court of Appeals for the Ninth Circuit and in the U.S. Supreme Court against the contention that the consumers lacked Article III standing. The Supreme Court granted review but dismissed the petition as improvidently granted after briefing and argument.
- Represented a Native American tribe in winning an injunction against foreclosure for non-payment of property taxes and affirmance of the injunction in the U.S. Court of Appeals for the Second Circuit. The U.S. Supreme Court granted review and remanded the case back to the lower court following the tribe's waiver of sovereign immunity from foreclosure. On remand, the U.S. Court of Appeals for the Second Circuit vacated the injunction



against foreclosure, confirmed the tribe's reservation, and held that the tribe was not liable for penalties and interest on taxes accruing before a 2005 Supreme Court decision. Oneida Indian Nation v. Madison County

- Represented a Native American tribe on review of the U.S. Court of Appeals for the Second Circuit's decision upholding an injunction against state taxation of land the tribe reacquired after it had been alienated in violation of federal law. City of Sherrill v. Oneida Indian Nation
- Represented distinguished antitrust scholars as amici curiae in a brief urging affirmance of the United States Court of Appeals for the Second Circuit's holding that an arbitration agreement could not be enforced so as to nullify the right to sue under the antitrust laws. Italian Colors v. American Express Co.
- Represented the Legal Aid Society and other organizations as amici curiae urging affirmance of the United States Court of Appeals for the Ninth Circuit's holding that an unaccepted offer of judgment does not moot a claim. Campbell-Ewald Co. v. Gomez.
- Represented members of Congress as amici curiae in a brief urging reversal of a U.S. Court of Appeals for the Second Circuit decision holding that federal banking regulations prevented New York Attorney General Andrew Cuomo from investigating allegations of predatory and discriminatory lending. The U.S. Supreme Court reversed. Cuomo v. Clearing House, LLC
- Represented the United South and Eastern Tribes (USET) as amicus curiae supporting the tribal respondent in a case involving state authority to search tribal offices on tribal land. Inyo County v. Paiute-Shoshone Indians
- Represented the National Association of Criminal Defense Lawyers (NACDL) and other groups as amicus curiae supporting reversal of a decision denying habeas corpus relief based on ineffective assistance of counsel. The U.S. Supreme Court reversed. Wiggins v. Corcoran
- Represent the Legal Aid Society as amicus curiae urging the en banc District of Columbia Court of Appeals to rule that changes in the permanency goal of a neglect case from family reunification to adoption are appealable. In re Ta. L.
- Represented the Legal Aid Society as amicus curiae urging reversal of an order compelling arbitration of an auto loan dispute on grounds of unconscionability. The District of Columbia Court of Appeals reversed. Keeton v. Wells Fargo



# Andrew N. Goldfarb

Partner



Andrew N. Goldfarb is an experienced litigator who focuses on food and drug law as well as plaintiff- and defense-side complex civil litigation.

In his food and drug practice, Andrew:

- successfully litigated the first case involving the generic exclusivity forfeiture provisions of the Food, Drug, and Cosmetic Act;
- counsels biopharmaceutical companies and medical device start-ups on a wide range of matters, including drug promotional and advertising activities, FDA warning letters, medical device classifications, health-related mobile applications, intellectual property rights, and HIPAA compliance obligations;
- conducted an independent internal investigation for a major pharmaceutical company accused of withholding material drug safety information from FDA;
- helped a major generic drug manufacturer respond to an FDA enforcement action;
- performed regulatory due diligence in connection with the sale of FDA-regulated companies; and
- represents a leading tobacco control organization as an *amicus* in litigation and in FDA regulatory matters arising under the Family Smoking Prevention and Tobacco Control Act.

In his complex litigation practice, Andrew:

- represents patients and providers in putative class action cases against insurance companies over coverage for behavioral health treatments and reimbursement policies under ERISA and the Affordable Care Act;
- litigated multiple trade secret cases after former employees misappropriated confidential information;
- represented creditors' committees and post-confirmation trustees in contract, fraudulent conveyance, and accounting malpractice cases;
- helped secure advancement in the Delaware Chancery Court of legal fees and expenses for a former director and officer when, after he was indicted, his former company breached its contractual duty to advance defense costs;
- counseled biopharmaceutical companies in contract disputes; represented pharmaceutical and biologic companies in contract disputes with their product development, licensing, and commercialization partners;
- represented an individual subpoenaed by the SEC for

**Washington, DC**
202.778.1822
202.822.8106 - Fax
agoldfarb@zuckerman.com

**Practice focus**

- Business Litigation
- Food and Drug
- Plaintiffs and Class Actions
- False Claims Act (FCA)
- Investigations

**Education**

- Georgetown University Law Center, J.D., 1995

- Harvard University, A.B., *magna cum laude*, 1990



documents and testimony;

- represented an individual subpoenaed for testimony and documents in a state grand jury investigation; and
- defended an individual in a criminal prosecution relating to the alleged promotion of fraudulent tax shelters by a major accounting firm.

Andrew is co-editor of Suits by Suits, a legal blog about controversies involving executives and their employers.

Prior to joining Zuckerman Spaeder, Andrew was a trial attorney for six years in the U.S. Department of Justice, where he prosecuted the United States's civil RICO action against the tobacco industry that resulted in a 1,650-page opinion finding the defendants liable for RICO violations.

**Government service**

- Trial Attorney
  - U.S. Department of Justice

**Community involvement**

- Chairman of the Board, Teens Run DC (2015-present)
- Co-Chair of Social Action Committee, Temple Sinai, Washington, DC (2009-2011)

**Recognitions**

- Benchmark Litigation, Future Star (Washington, DC)

**Bar admissions**

- District of Columbia
- New York
- California

**Court admissions**

- U.S. Supreme Court
- U.S. Court of Appeals, District of Columbia Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. District Court, District of Columbia
- U.S. District Court, Northern District of California
- U.S. District Court, Central District of California

**Representative matters**

- Recently filed comments to FDA on behalf of a pharmaceutical and medical device company concerning the scope of orphan drug exclusivity. The company responded to an FDA solicitation in the wake of a district court decision requiring FDA to award orphan drug exclusivity to a designated orphan drug, even though the drug had not shown "clinical superiority" to a prior orphan



drug with the same active ingredient for the same use. It argued that orphan exclusivity should apply only to ANDAs referencing the new orphan drug, but should not keep ANDAs referencing the prior orphan drug from receiving marketing approval. FDA has appealed the district court decision; a decision from the Court of Appeals is expected in mid-to-late 2019.

- Represented a generic drug manufacturer in a challenge to the FDA's approval of its drug under the Hatch-Waxman Amendments to the Food, Drug, and Cosmetic Act (FDCA). The action for a preliminary injunction was brought against the FDA by a competitor who claimed that the client had forfeited its 180-day generic exclusivity under the FDCA, and Zuckerman's client intervened. In the first case addressing the generic exclusivity forfeiture provisions of the FDCA, the court refused to enjoin FDA from approving the drug, allowing Zuckerman Spaeder's client to continue marketing its drug.

- Representing patients in a class action lawsuit against major insurance companies for their failure to cover an FDA-approved mental health treatment. The plaintiffs allege breaches of fiduciary duties and wrongful denial of benefits under the Employee Retirement Income Security Act (ERISA).

- Representing a putative class of patients in an action against a major insurance company for allegedly discriminating against out-of-network psychiatrists and other mental health providers in the reimbursement for mental health services. Plaintiffs allege that the insurer's policy of reimbursing mental health providers less than non-mental health specialists for providing the same services violates ERISA and other laws.

- Defending an electrical switch manufacturer against tort, contract, and fraudulent conveyance claims in parallel state and federal bankruptcy court actions arising out of a purchase of assets from a company found responsible for environmental contamination in Long Island, New York.

- Represents a leading tobacco control organization in litigation and regulatory matters arising under the Tobacco Control Act (TCA), including representing a coalition of health organizations as amici in a challenge to FDA's "deeming rule" concerning electronic cigarettes; and counseling on proposed and final rules on issues arising under the TCA, including tobacco product applications, warning labels, and substantial equivalence.

- Conducted an independent internal investigation for a major international pharmaceutical company, after the company failed to disclose to the FDA a preliminary report of a drug safety study before an important advisory committee meeting. The drug had been approved by the FDA to reduce bleeding in certain cardiac surgery patients. After conducting dozens of interviews of all of the key participants in the events at issue, in the United



States and Germany, and conducting extensive document discovery, Zuckerman Spaeder prepared a report detailing the critical events and potential causes of the company's failure to disclose.

- Represented the official committee of unsecured creditors of the Tribune Company as special litigation counsel in the investigation of the $10 billion failed leveraged buyout (LBO) and the commencement and initial prosecution of three lawsuits against major lenders for fraudulent conveyance; directors and officers, former Tribune shareholders, and others for breaches of fiduciary duty and fraudulent conveyance; and financial advisors to Tribune for malpractice.

- Co-authored a U.S. Supreme Court amicus brief on behalf of former federal district court judges in California Public Employees' Retirement System v. ANZ Securities, Inc., concerning the impact of the American Pipe tolling doctrine on securities class action litigation in district courts.

- Represented a post-confirmation committee in a suit against a leading private equity investor to recover funds on behalf of unsecured creditors of a leading toy retailer. The defendants had engineered a leveraged buyout of the company that burdened the retailer with an unsustainable debt load while the private equity firm extracted substantial returns in a very short period. Zuckerman Spaeder obtained a favorable settlement for the creditors.

- Representing a post-confirmation liquidating trustee in a contract dispute against certain former lenders of an investment management firm. The trustee seeks damages for the alleged violations by minority lenders of a collective enforcement/"no- action" provision in the loan documents. The loan documents gave exclusive authority to a collateral agent to enforce the loan's security interests in the event of a loan default by the borrower.

- Served as class counsel for millions of consumers in Maryland and Virginia who sued gas stations and oil companies over alleged deceptive practices in the retail sale of gas and diesel fuel. The class claimed that retailers sold gas to consumers without adjusting the price to take account of lower fuel content of higher temperature gas. The cases were consolidated for pretrial proceeding in a multidistrict litigation proceeding in the U.S. District Court for the District of Kansas. The class settlement provided significant injunctive relief to the class. Certain defendants have appealed parts of the settlement to the Tenth Circuit.

- Represented the litigation trustee of a bankrupt retail mail order company in an accounting malpractice action against KPMG. The trustee alleged that KPMG's negligent audit caused the company to continue operations after it would otherwise have filed for bankruptcy, deepening its



insolvency and injuring creditors. After extensive discovery, including the taking of testimony from German directors and officers under the Hague convention, the parties reached a favorable settlement.

- Defended a chain of yoga studios against claims that it was a racketeering enterprise in violation of RICO and Virginia law. The plaintiff alleged that the company engaged in practices that diminished his ability to exercise free will and independent judgment and induced him to dramatically change his lifestyle and pay significant sums of money to the company for services. The U.S. District Court for the Eastern District of Virginia granted the defendants' motion to dismiss on the grounds that the plaintiff had not adequately pleaded a RICO enterprise distinct from the defendants themselves, and declined to exercise supplemental jurisdiction over the plaintiff's state law claims.

- Defended a data vendor to a major retailer in a putative class action arising out of a data breach. A laptop computer containing personal information of job applicants was stolen from the vendor. The plaintiffs claimed they were injured by the increased risk of identity theft, although there was no evidence that the breach resulted in actual identity theft. The client prevailed on summary judgment in the U.S. District Court for the Northern District of California on the grounds that the mere threat of future injury was not sufficient to impose liability under California law. We briefed and argued the appeal for the client before the U.S. Court of Appeals for the Ninth Circuit, which affirmed the district court's decision.

- Acted as co-counsel to the lead defendant in the prosecution in the U.S. District Court for the Southern District of New York of former partners of Ernst & Young and others for allegedly promoting fraudulent tax shelters.

- Co-authored a U.S. Supreme Court amicus brief for the Campaign for Tobacco-Free Kids regarding constitutional limits on punitive damages. The amicus brief focused on the reprehensibility of Philip Morris's conduct.

- Assisted a woman seeking to maintain sole custody of her children in the District of Columbia.



# Caroline E. Reynolds

Partner



Caroline E. Reynolds focuses her practice on complex civil litigation and white collar defense.

She has represented corporations, executives, and other individuals in government and internal investigations, criminal proceedings, and civil litigation involving allegations of securities and accounting fraud, antitrust violations, and breach of fiduciary duty.

Caroline also regularly represents both plaintiffs and defendants in complex class action lawsuits, including obtaining certification of a nationwide class alleging fraud and civil violations of the Racketeer Influenced and Corrupt Organizations Act (RICO) against a major insurance company.

Caroline draws on her extensive experience navigating e-discovery in complex cases to serve as the attorney advisor to the firm's Litigation Support Group, a role in which she oversees the development of best practices for managing e-discovery throughout the litigation lifecycle.

Prior to joining Zuckerman Spaeder LLP, Caroline was an associate in the Washington, DC office of Covington & Burling LLP. There she represented a major financial institution in multi-district litigation and a government investigation stemming from an alleged complex securities fraud scheme. She also advised companies relating to insurance coverage issues and represented policyholders in insurance coverage litigation, among other representative matters.

## Professional leadership

- Member, The Sedona Conference® Working Group Series, Working Group 1: Electronic Document Retention and Production
- Adjunct Faculty, Georgetown University Law Center (Spring 2013)

## Recognitions

- 2013 Outstanding Achievement Award, Washington Lawyers' Committee for Civil Rights and Urban Affairs
- Super Lawyers, Rising Star (Washington, DC)

## Bar admissions

**Washington, DC**
202.778.1859
202.822.8106 - Fax
creynolds@zuckerman.com

**Practice focus**

- Antitrust
- Business Litigation
- Health Care
- Investigations
- Plaintiffs and Class Actions
- Securities and Commodities Litigation
- White Collar Defense

**Education**

- Yale Law School, J.D., 2002
  - Senior Editor, *Yale Journal of International Law*

- University of Chicago, M.A., 2004

- Colgate University, B.A., *summa cum laude*, 1998



- District of Columbia
- New York

**Court admissions**

- U.S. Court of Appeals, Second Circuit
- U.S. District Court, District of Columbia

**Clerkships**

- Hon. Keith P. Ellison, U.S. District Court, Southern District of Texas

**Representative matters**

- Represents the former chief business officer of Freddie Mac in a securities class action pending in the U.S. District Court for the Northern District of Ohio. The case arises from the company's disclosures concerning its single family guarantee portfolio.
- Represented the former chief financial officer of Fannie Mae in litigation against allegations of securities law violations and accounting fraud. This representation encompassed multiple investigations, a government enforcement action for civil money penalties, employment litigation, and shareholder securities fraud suits, including a certified securities class action recently dismissed by the U.S. District Court for the District of Columbia.
- Successfully obtained amnesty for a company and its principals in connection with a bid-rigging investigation by the Antitrust Division of the U.S. Department of Justice.
- Represented the special committee of the board of directors of a publicly held company under investigation for possible violations of antitrust laws.
- Represented a certified nationwide class that received a $72.5 million settlement in a case in the U.S. District Court for the District of Connecticut alleging civil violations of the Racketeer Influenced and Corrupt Organizations Act (RICO) and common-law fraud.
- Represented a certified class of consumers in the nationwide "hot fuel" class action against the oil industry for selling retail gas to consumers without adjusting the price to take account of lower fuel content of higher temperature gas.



# Adam Abelson

Associate



Adam Abelson represents clients in complex civil litigation, white-collar criminal defense, and government investigations. His criminal defense focus includes alleged complex financial, securities, and health care fraud, including under the False Claims Act. His civil litigation focus includes securities enforcement actions, complex commercial disputes, and antitrust and legal malpractice matters. He also represents health care providers and their patients in high-stakes disputes with health insurance companies.

He is also deeply involved in the community, including serving on the board of the Job Opportunities Task Force, and contributing, as a member of the American Bar Association's Task Force on Building Public Trust in the American Justice System, to the American Bar Association's Ten Guidelines on Court Fines and Fees.

Before joining Zuckerman Spaeder in 2012, he served as a law clerk to Judge Andre M. Davis of the United States Court of Appeals for the Fourth Circuit, and Judge Catherine C. Blake of the U.S. District Court for the District of Maryland.

As a law student, he represented individuals charged with federal misdemeanors in the U.S. District Court for the Eastern District of New York, through the New York University School of Law Federal Defenders Clinic. For that work he received NYU's Ann Petluck Poses Memorial Prize for outstanding work in a clinical course. Before attending law school, Adam was a research fellow with Human Rights Watch in Santiago, Chile.

## Community involvement

- Member, American Bar Association Task Force on Building Public Trust in the American Justice System
- Contributing author, ABA Ten Guidelines on Court Fines and Fees
- Board, Job Opportunities Task Force, 2017-present
- Lawyers' Alliance, Public Justice Center, 2016-present
- Member, Next Up Program, Greater Baltimore Committee, 2017-2018

## Recognitions

- 2017 Generation J.D. honoree
- Super Lawyers, Rising Star (Maryland)

**Baltimore**
410.949.1148
410.659.0436 - Fax
aabelson@zuckerman.com

**Practice focus**

- Business Litigation
- White Collar Defense
- False Claims Act (FCA)
- Health Care
- Legal Profession and Ethics
- Securities and Commodities Litigation

**Education**

- New York University School of Law, J.D., *magna cum laude*, 2010
  - Order of the Coif
  - Ann Petluck Poses Memorial Prize
  - Managing Editor, *NYU Journal of International Law and Politics*

- Princeton University, B.A., *cum laude*, 2005

**Languages**

- Spanish



**Bar admissions**

- Maryland
- District of Columbia

**Court admissions**

- U.S. Court of Appeals, Fourth Circuit
- U.S. District Court, District of Maryland

**Clerkships**

- Hon. Andre M. Davis, U.S. Court of Appeals, Fourth Circuit
- Hon. Catherine C. Blake, U.S. District Court, District of Maryland

**Representative matters**

- Represents United insureds in a case challenging the legality of the internal guidelines it uses when adjudicating mental health and substance abuse claims. Following a highly publicized trial in 2017, the district court ruled that United breached its fiduciary duties when it developed its guidelines and that its denials pursuant to those guidelines were wrongful. The case is now in the remedy phase.
- Represented a former NFL player in the U.S. Court of Appeals for the Fourth Circuit in a lawsuit against the National Football League's pension plans over benefits for disabilities resulting from brain damage during his NFL career.
- Represented a former employee of a now-defunct international law firm charged with participating in a complex scheme to defraud the firm's lenders concerning the firm's financial condition.
- Represented a foreign national targeted in an insider trading investigation conducted by the U.S. Securities and Exchange Commission and Department of Justice.
- Represented a post-acute health care company in litigation involving allegations of unfair competition and breach of contract.
- Represented a physician in defending against allegations of improper prescribing practices.
- Represented a pro bono client in a five-day trial in the Domestic Relations Branch of the Superior Court for the District of Columbia. The trial court granted our client legal custody, primary physical custody, and child support.
- Represented an international law firm and a regional law firm against allegations of legal malpractice in litigation in the Circuit Court for Baltimore City.



# Vanessa I. Garcia

Associate



Vanessa I. Garcia is an associate in the New York City office of Zuckerman Spaeder, where she represents individuals and corporations in a range of matters, including white collar, investigations, and health care.

Prior to joining the firm, Vanessa was a litigation associate at Akerman LLP.

While in law school, Vanessa was a legal advocate at the Equal Justice & Defender Clinic, where she represented a client in a capital punishment case. She was also an intern at a law firm in Los Angeles, where she worked on civil and international human rights cases.

Prior to law school, Vanessa was a teacher for Teach for America in Philadelphia, PA.

## Community involvement

- Sanctuary for Families, Pro Bono Council
- CO/LAB Theater Group, Young Professionals Board

## Bar admissions

- New York
- New Jersey

## Court admissions

- U.S. District Court, Eastern District of New York
- U.S. District Court, Southern District of New York
- U.S. District Court, New Jersey

**New York**
646.746.8832
212.704.4256 - Fax
vgarcia@zuckerman.com

**Practice focus**

- White Collar Defense
- Investigations
- Health Care

**Education**

- New York University School of Law, J.D., 2014
  - *NYU Journal of International Law and Politics*, Notes Editor

- Chestnut Hill College, M.Ed with Special Education Certification, 2011

- Tufts University, B.A., 2009

**Languages**

- Spanish
- Italian

# Devon Galloway

Associate

Devon Galloway is an associate in the New York office of Zuckerman Spaeder.

Before joining the firm, Devon was law clerk to Magistrate Judge Gregory J. Kelly, United States District Court for the Middle District of Florida.

Devon graduated from Columbia University School of Law in 2014, where he served as Notes Editor for the Columbia Journal of Race and Law. While in law school, Devon was an intern in the Bronx Defenders legal division, where he worked on issues pertaining to New York City's use of its Nuisance Abatement Law in low poverty areas. He also received an undergraduate degree in Political Science from Columbia University in 2010. Upon graduating from law school, Devon was an associate in the Orlando office of a national law firm.

## Bar admissions

- New York
- Florida

## Court admissions

- U.S. District Court, Middle District of Florida
- U.S. District Court, Northern District of Florida
- U.S. District Court, Southern District of Florida

## Clerkships

- Magistrate Judge Gregory J. Kelly, U.S. District Court for the Middle District of Florida



**New York**
212.897.3438
212.704.4256 - Fax
dgalloway@zuckerman.com

**Practice focus**

- Health Care
- White Collar Defense
- Investigations
- Business Litigation

**Education**

- Columbia University School of Law, J.D. 2014
  - *Columbia Journal of Race and Law*, Notes Editor
  - Publication: *The Numbers Matter: An Update to New York's Prison Gerrymandering Reform*, Columbia Journal of Race and Law (2014)

- Columbia University, B.A. 2010
  - Dean's List; Kluge Scholarship
  - *Columbia Daily Spectator*, Copy Editor

# Laura E. Jones Eller

Staff Attorney



Laura E. Jones Eller's practice focuses on litigation, white collar defense, health care insurance litigation, plaintiffs and class actions.

Laura has represented a variety of different clients, including Indian tribes, other attorneys, and individual and corporate defendants in both criminal and civil proceedings.

For over a decade, Laura has utilized various e-discovery tools to assist her in searching and managing the review of large document caches, including software platforms such as Relativity, Concordance and CaseMap.

She has also taken an active role in Zuckerman Spaeder's civic activities with the Washington Lawyers' Committee law firm/DCPS partnership program, mentoring students at Lawrence Boone ES, an elementary school in Anacostia DC, by coaching them for GeoPlunge tournaments and the annual Frederick Douglass oratorical contest for 5 years, as well as supporting Lawrence Boone ES kids who participate in the Girls on the Run 5k races.

Laura is also a co-Chief Election Judge, trained by the Montgomery County Board of Elections every 2 years, to manage the personnel and set up at a polling station, to ensure swift, safe and fair access to polls during an election in her community.

Prior to joining Zuckerman Spaeder, Laura worked for the Honorable Reggie Walton, at D.C Superior Court.

## Bar admissions

- District of Columbia
- New York

## Clerkships

- Hon. Reggie Walton, District of Columbia Superior Court

**Washington, DC**
202.778.1881
leller@zuckerman.com

**Practice focus**

- E-Discovery
- Health Care
- Plaintiffs and Class Actions
- White Collar Defense

**Education**

- George Washington University Law School, J.D., 1994

- Stony Brook University, B.A., 1990



# Kimberly Gainey

Staff Attorney



Kimberly A. Gainey's practice focuses on complex civil litigation and criminal defense.

She has represented a variety of different clients, including patients and health care providers in disputes with insurance companies, and individual and corporate defendants in both criminal and civil proceedings.

Kimberly and other Zuckerman Spaeder lawyers:

- Obtained dismissal of civil securities fraud claims against the former chief financial officer of Fannie Mae. After more the eight years of investigations and litigation, the court's finding of "overwhelming evidence" of our client's good faith was, in our client's words, "a complete vindication."
- Obtained an acquittal of all felony charges against the former chief executive officer of an energy company following a highly publicized and emotional trial.

More recently, Kimberly manages teams of reviewers on long-term and short-term document reviews, supporting the representation of class members suing insurance companies for unduly restrictive coverage guidelines and improperly charging administrative fees disguised as medical expenses.

## Bar admissions

- District of Columbia
- Virginia

**Washington, DC**
202.478.8783
202.822.8106 - Fax
kgainey@zuckerman.com

**Practice focus**

- E-Discovery
- White Collar Defense
- Health Care
- Plaintiffs and Class Actions
- Securities and Commodities Litigation

**Education**

- Certified E-Discovery Specialist (CEDS), 2019

- William & Mary Law School, J.D., 2006
    - Articles Editor, *William & Mary Journal of Women and the Law*

- California State University, Long Beach, B.A., 2002

# Lori V. Duignan

Senior Paralegal



Lori Duignan joined the firm in 2013 as a senior paralegal in the New York office. Lori has over 15 years of law firm experience working as a litigation paralegal across multiple practice areas, including health care, class actions, business and commercial, and intellectual property. Lori has extensive experience managing cases from inception through trial and appeal. She has assisted attorneys at numerous trials on the federal level.

**New York**
646.746.8836
212.704.4256 - Fax
lduignan@zuckerman.com

**Education**

- James Madison University, B.S., 2002

